1   LAWRENCE G. BROWN
    Acting United States Attorney
2   AUDREY B. HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone:  (916) 554-2729

5   Attorneys for Defendants

6

7               IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF CALIFORNIA
8

9   MRIK SINGH MAROK,                    )    No. 2:09-cv-01006 MCE DAD
                                         )
10        Plaintiff,                     )    JOINT STIPULATION AND ORDER RE:
                                         )    DISMISSAL
11    v.                                 )
                                         )
12  Michael Chertoff, Secretary of Homeland )
    Security, et al.                     )
13                                       )
          Defendants.                    )
14                                       )
    _____ )

15

16      This is an immigration case in which plaintiff has challenged the delay in the adjudication of

17  his application to adjust status to that of permanent resident by U.S. Citizenship and Immigration

18  Services (CIS).  On June 11, 2009, CIS granted the application for adjustment of status.

    Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.
19

20
    Dated: June 15, 2009
21                                              LAWRENCE G. BROWN
                                                Acting United States Attorney
22

23
                                    By:     /s/Audrey Hemesath
24                                          Audrey B. Hemesath
                                            Assistant U.S. Attorney
25                                          Attorneys for the Defendants

26
                                    By:     /s/ Jonathan Kaufman
27                                          Jonathan Kaufman
                                            Attorney for the Plaintiff
28

                                           -1-

1

2

3                                          ORDER

4        Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

   ORDERED that the matter is DISMISSED.

5
         IT IS SO ORDERED.
6

7
    Dated:  June 16, 2009
8

9                                          _____
                                           MORRISON C. ENGLAND, JR.
10                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          -2-